

NUMBER 13-14-00490-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE PRIME INSURANCE COMPANY

On Petition for Writ of Mandamus.

ORDER

Before Chief Justice Valdez and Justices Perkes and Longoria
Order Per Curiam

On October 16, 2014, this Court conditionally granted a petition for writ of mandamus filed by Prime Insurance Company ("Prime") seeking to enforce a forum selection clause. *See In re Prime Ins. Co.*, No. 13-14-00490-CV, 2014 WL 5314514, at *1 (Tex. App.—Corpus Christi Oct. 16, 2014, orig. proceeding) (mem. op.). Specifically, we directed the trial court to vacate its orders denying Prime's motions to dismiss the underlying lawsuit and to sign an order granting Prime's motion to dismiss the underlying lawsuit. *See id.* at *12.

On October 31, 2014, real parties in interest, RZQ, L.L.C., Hameed Quraishi, M.D., Rafath Quraishi, M.D., Aadam Quraishi, and Advanced Medical Imaging, L.L.C., filed a

motion for rehearing. That same day, Prime filed an "Unopposed Emergency Motion for Temporary Relief" through which it seeks to stay trial court proceedings pending disposition of the motion for rehearing. According to Prime, the trial court has set a hearing for November 4, 2014 at 9:00 a.m. on Prime's motion to dismiss, despite this Court's ruling, and appellees have served Prime with a subpoena duces tecum requesting that Prime produce a witness and documents, at that same hearing, pertaining to other claims or lawsuits involving Prime policies over a four-year period of time.

We assume that the forementioned trial court proceedings must have been scheduled in error because we are confident that the trial court and parties would not intentionally violate this Court's directive. Accordingly, the Court, having examined and fully considered the foregoing sequence of events, is of the opinion that Prime's motion to stay all trial court proceedings should be granted. The emergency motion for temporary relief is hereby GRANTED, and the trial court proceedings are ordered STAYED pending further order of this Court, or until the motion for rehearing is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court further requests that Prime file a response to the real parties' motion for rehearing. Such response should be due in the offices of this Court within ten days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of November, 2014.